UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 14-3753 DSF (JPRx) | Date | 7/23/14 |
|---|---|---|---|
| Title | A4A Network, Inc. v. Net Cash, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Dismissing Case for Lack of Subject Matter Jurisdiction

On June 23, 2014, the Court dismissed the Complaint, as Plaintiff failed to allege its principal place of business and the citizenship of the members of the LLC Defendant. The Court also noted that Plaintiff failed to adequately allege venue in this District. The Court granted Plaintiff leave to amend the Complaint no later than July 14, 2014, but Plaintiff has failed to do so. Therefore, this action is DISMISSED for lack of subject matter jurisdiction.

IT IS SO ORDERED.