**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A4A NETWORK INC., | ) | Case No.: CV 14-3753 DSF (JPRx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NET CASH, LLC, and PHILLIP ARTZ, | ) | |
| Defendants. | ) | |
| _____ | ) | |

     The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: _____7/23/14_____                _____
                                                  Dale S. Fischer
                                      United States District Judge